### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| CAROL SPIRCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:17-cv-00428-RDP |
| ) | |
| RAYMOND JAMES & ASSOCIATES, ) | |
| INC., ) | |
| ) | |
| Defendant. | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the court on the parties' Joint Motion to Compel Arbitration and Stay Case. (Doc. # 5).  For good cause shown, the Motion (Doc. # 5) is **GRANTED IN PART.** The parties **SHALL** proceed to arbitration before the Financial Industry Regulatory Authority Dispute Resolution. This case is **DISMISSED WITHOUT PREJUDICE** to the right of the prevailing party to enforce any arbitration award.

**DONE** and **ORDERED** this May 1, 2017.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE